UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL C.,

            Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. 2:25-cv-01362-JHC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* (IFP). Dkt. # 1. After consideration of the application, the balance of the record, and the governing law, the Court ORDERS:

(1) Plaintiff's application to proceed IFP (Dkt. # 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $405.00 filing fee.

(2) Procedures in this case are governed by the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) to the Federal Rules of Civil Procedure and by Amended General Order 05-15 Re: Social Security Cases. As detailed in Amended General Order 05-15, no later than seven (7) days following the Court's notification to the Commissioner of the commencement of the action, Plaintiff shall provide the United States Attorney's Office

1   for the Western District of Washington with Plaintiff's full name and social security number

2   either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk

3   Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

4       Dated this 22nd day of July, 2025.

                                                   *John H. Chun* (signature)

John H. Chun
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2