UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CARL C., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:25-CV-01362-JHC <br><br> ORDER <br><br><br> Note on Motion Calendar: September 22, 2025 |

Based on the stipulation of the parties, Dkt. #. 9, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's application for disability benefits.  On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, reevaluate Plaintiff's subjective complaints, reevaluate the medical opinions and prior administrative medical findings, reevaluate Plaintiff's RFC, continue the sequential evaluation process, obtain vocational expert testimony, if warranted; and issue a new decision.  This remand is made pursuant to sentence four of 42

ORDER - 1

U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 22nd day of September, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 2